UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. 14-2078   Caption: FDIC as Receiver for Cooperative Bank v. Rippy, et al.

Federal Deposit Insruance Corporation as Receiver for Cooperative Bank, appellant
(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

   Sealed appendix volumes and sealed version of brief.

2. Is sealing of document(s) necessary?

   ☐ No
   ☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

   May 21, 2013 (Dist. Court D.E. 71 - Order Amending Stipulated Protective Order); September 11, 2014 (Dist. Ct. D.E. 124 - Order Granting Motions to Seal and Summary Judgment).

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

   [See Attached Sheet]

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

   ☑ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

   ☑ Yes

| 12/17/14 | /s/ James Scott Watson |
|----------|------------------------|
| (date)   | (signature)            |

02/05/2014 SCC

14-2078
*FDIC as Receiver for Cooperative Bank v. Rippy, et al.*
**CERTIFICATE OF CONFIDENTIALITY**

[Continuation Sheet for Item 4, "Terms of the Order"]

According to the district court's amended protective order [D.E. 71], confidential material designated by the parties, including but not limited to:

    (1) personal information;
    (2) loan information; and
    (3) FDIC-Corporate materials

was, among other things, to be filed under seal and remain under seal until subsequent court order. Material designated "Confidential" material to be sealed could be disclosed, for appropriate purposes, to:

    i. the Parties;
    ii. in-house and outside counsel and their staff;
    iii. the Court;
    iv. experts and/or consultants retained by the parties or counsel;
    v. outside vendors who are necessary to assist counsel in the action;
    vi. witnesses and deponents;
    vii. mediators, arbitrators or other persons providing litigation support services;
    viii. any other third-party as to whom the producing party agrees in writing; and
    ix. other persons authorized by the Court.