FILED: December 30, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2078
(7:11-cv-00165-BO)

_____

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Cooperative Bank

       Plaintiff - Appellant

v.

RICHARD ALLEN RIPPY; JAMES D. HUNDLEY; FRANCES PETER FENSEL, JR.; HORACE THOMPSON KING, III; FREDRICK WILLETTS, III; DICKSON B. BRIDGER; PAUL G. BURTON; OTTIS RICHARD WRIGHT, JR.; OTTO C. BUDDY BURRELL, JR.

       Defendants - Appellees

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court places appendix volume numbers two through seven under seal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk